| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (State Bar No. 191626)<br>Jenna L. Gavenman (State Bar No. 348510)<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: ltfisher@bursor.com<br>           jgavenman@bursor.com<br><br>*Attorneys for Plaintiff* | **GREENBERG TRAURIG, LLP**<br>Rick L. Shackelford (SBN 151262)<br>*ShackelfordR@gtlaw.com*<br>Hannah B. Shanks-Parkin (SBN 305753)<br>*ShanksParkinH@gtlaw.com*<br>1840 Century Park East, Suite 1900<br>Los Angeles, California 90067<br>Telephone: 310-586-7700<br>Facsimile: 310-586-7800<br><br>*Attorneys for Defendant* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BACA, individually and on behalf of all other persons similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>BEAUTY BIOSCIENCES LLC, dba BEAUTYBIO,<br><br>                    Defendant. | Case No. 5:23-cv-04577-BLF<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Beth Labson Freeman |

# **STIPULATION OF DISMISSAL**

Plaintiff Linda Baca ("Plaintiff"), and Defendant Beauty Biosciences LLC, d/b/a BeautyBio (collectively, the "Parties") by and through their respective undersigned counsel of record, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted individually by Plaintiff are dismissed with prejudice, and the putative class claims are dismissed without prejudice.  Each side will be responsible for and bear its own costs and expenses.

Dated: July 31, 2024             Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:     */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Jenna L. Gavenman (State Bar No. 348510)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
             jgavenman@bursor.com

*Attorneys for Plaintiff*

**GREENBERG TRAURIG, LLP**

By:     */s/ Rick L. Shackelford*

Rick L. Shackelford (SBN 151262)
*ShackelfordR@gtlaw.com*
Hannah B. Shanks-Parkin (SBN 305753)
*ShanksParkinH@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310-586-7700
Facsimile: 310-586-7800

*Attorneys for Defendant*

**ATTESTATION**

Pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), I attest that the concurrence in the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: July 31, 2024

By: */s/ L. Timothy Fisher*
 L. Timothy Fisher